**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| KYLE E SLATER | ) | CASE NO. 17-11452-REG |
| | ) | |
| DEBTOR. | ) | |

### C<span>ERTIFICATE OF</span> S<span>ERVICE</span>

    Martin E. Seifert, Trustee, certifies that on the 6th day of December, 2018, a true and correct copy of the attached Notice of Online Auction was served, via the court's electronic case filing system, or first-class U.S. Mail, postage prepaid, to those creditors and interested parties listed on the attached sheet(s).

    **Respectfully submitted,**

    **HALLER & COLVIN, P.C.**
    **ATTORNEYS FOR CHAPTER 7 TRUSTEE**
    **444 EAST MAIN STREET**
    **FORT WAYNE, INDIANA 46802**
    **TELEPHONE: (260) 426-0444**
    **FAX: (260) 426-2218**
    **EMAIL: mseifert@hallercolvin.com**

    **BY: /s/ Martin E. Seifert**
        **MARTIN E. SEIFERT**
        **I.D. #16857-02**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| KYLE E SLATER, | ) | CASE NO. 17-11452-REG |
| | ) | Chapter 7 |
| | ) | |
| Debtor | ) | |

# NOTICE OF ONLINE AUCTION

On August 13, 2018, the Court authorized the employment of Real Living Ness Bros. Real Estate & Auction Co. as the Auctioneer in this case.  The Debtor's real estate located at 403 East First Street, South Whitley, Indiana 46787, will be sold at auction through Ness Brothers Realtors & Auctioneers' online auction website (www.nessbros.com) with bidding ending on January 10, 2019, at 3:00 p.m.  A copy of the MLS listing is attached as Exhibit A.  After the online auction has concluded, Trustee intends to file a separate motion to approve sale.

         **Respectfully submitted,**

         **HALLER & COLVIN, P.C.**
         **ATTORNEY FOR TRUSTEE**
         **444 EAST MAIN STREET**
         **FORT WAYNE, INDIANA 46802**
         **TELEPHONE: (260) 426-0444**
         **FAX: (260) 422-0274**
         **EMAIL: mseifert@hallercolvin.com**

         **BY: /s/ Martin E. Seifert**
          **MARTIN E. SEIFERT**
          **I.D. #16857-02**

//1252018154921607-1

Residential Client Full Detail Report

| Listings as of 11/20/2018 | | | Page 1 of 1 |
|---|---|---|---|
| **Property Type** RESIDENTIAL | **Status** Active | **Auction** Yes | |

| MLS # 201850940 | 403 E First Street | South Whitley | IN | 46787 | **Status** Active | **LP** $75,000 |
|---|---|---|---|---|---|---|

| | **Area** Whitley County | **Parcel ID** 92-07-34-000-311.000-002 | **Type** Site-Built Home |
|---|---|---|---|
| | **Sub** None | **Cross Street** | **Bedrms** 3 | **F Baths** 2 | **H Baths** 0 |
| | **Location** City/Town/Suburb | **Style** Two Story | |
| | **School District** WTK | **Elem** South Whitley | **JrH** Whitko | **SrH** Whitko |
| | **Legal Description** PT W2 SW4 S34 T31 R8 1.362A + 2nd tract | | |
| | **Directions** North Edge of Town on St Rd 5 go east on 205, south o Calhoun, east on 1st st (gravel lane) | | |

**Remarks** NEW DATES....This is a Bankruptcy Online Auction Only ending Thursday, January 10 @ 3:00 pm and Open Houses will be held on Sunday, Dec. 30 and Jan 6 from 1:00 - 2:00 pm. Auctioneer reserves the right to make changes to an auction, to split or combine lots, cancel, suspend, or extend the auction event. This property may sell at, above, or below listed price. Two Story Farmhouse on 1.62 acres with nice tree-trimmed lot. Front Country porch to put a swing on and lots of room in the back yard for family activities. French Doors, 16x22 rear patio for barbecues, and nice sized garage close to town and shopping.

| **Sec** | **Lot** | **Zoning** R1 - Single Family | **Lot Ac/SF/Dim** 1.6200 / 70,567 | 160x490x190x390 | **Src** N | **Lot Des** Level |
|---|---|---|---|---|---|---|
| **Township** Cleveland | | **Abv Gd Fin SqFt** 1,620 | **Below Gd Fin SqFt** 0 | **Ttl Below Gd SqFt** 0 | **Ttl Fin SqFt** 1,620 | **Year Built** 1960 |
| **Age** 58 | **New** No | **Date Complete** | **Ext** Asphalt, Vinyl | **Fndtn** Crawl | | **# Rooms** 6 |

**Room Dimensions**

| | DIM | L | Baths | Full | Half | Water | CITY | Dryer Hookup Gas | No | Fireplace | No |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LR | 17 x 12 | M | | | | | | | | | |
| DR | x | | B-Main | 1 | 0 | Sewer | City | Dryer Hookup Elec | Yes | Guest Qtrs | No |
| FR | 23 x 11 | M | B-Upper | 1 | 0 | Fuel / | Gas, Forced Air | Dryer Hook Up Gas/Elec | No | Split Flrpln | No |
| KT | 19 x 11 | M | B-Blw G | 0 | 0 | Heating | | Disposal | Yes | Ceiling Fan | Yes |
| BK | x | | | | | Cooling | Central Air | Water Soft-Owned | No | Skylight | No |
| DN | x | | Laundry Rm | Main | 9 | x 5 | | Water Soft-Rented | No | ADA Features | No |
| MB | 12 x 10 | U | AMENITIES Ceiling Fan(s), Disposal, Dryer Hook Up Electric, | | | | | Alarm Sys-Sec | No | Fence | |
| 2B | 16 x 10 | U | Patio Open, Porch Covered, Range/Oven Hook Up Elec | | | | | Alarm Sys-Rent | No | Golf Course | No |
| 3B | 12 x 10 | U | | | | | | Jet/Grdn Tub | No | Nr Wlkg Trails | No |
| 4B | x | | Garage | 2.0 | / Attached | | / 27 x 20 / 540.00 | Pool | No | Garage Y/N | Yes |
| 5B | x | | Outbuilding | None | x | | | Pool Type | | Garage Dr Opnr: | No |
| RR | x | | Outbuilding | | x | | | Off Street Pk | Yes | | |
| LF | x | | Assn Dues | | Not Applicable | | | SALE INCLUDES | Water Heater Electric | | |
| EX | x | | Other Fees | | | | | FIREPLACE | None | | |
| **WtrType** | | | Restrictions | | | | | | | | |
| **Water Features** | | | Water Access | | **Wtr Name** | | | | | | |
| | | | Wtr Frtg | | Channel Frtg | | | | | | |
| | | | | | Lake Type | | | | | | |

**Virtual Tours:** Unbranded Virtual Tour

| **Auction** Yes | **Auction Reserve Price $** | **Auction Date** 12/13/2018 | **Auction Time** 3:00 pm |
|---|---|---|---|
| **Auctioneer Name** Kurt Ness | | **Auctioneer License #** AU01026833 | |
| **Financing:** Proposed Cash | | **Exemptions** | **Year Taxes Payable** 2017 |
| **Annual Taxes** $438.62 | **Is Owner/Seller a Real Estate Licensee** No | | **Possession** 15 DAC |
| **List Office** Ness Bros. Realtors & Auctioneers - Offc.: 260-459-3911 | | | |
| | | | Yes |
| **Pending Date** | **Closing Date** | **Selling Price** | **How Sold** | **CDOM** 4 |
| **Ttl Concessions Paid** | **Sold/Concession Remarks** | | | |

Presented by: C.J. Woodman - Off: 260-459-3911    / Ness Bros. Realtors & Auctioneers - Offc.: 260-459-3911
Information is deemed reliable but not guaranteed.
MLS content is Copyright © 2016 Indiana Regional Multiple Listing Service LLC
Featured properties may not be listed by the office/agent presenting this brochure.

# EXHIBIT A

| | | |
|---|---|---|
| Courtney Slater<br>205 South Line Street<br>South Whitley, IN 46787 | Hull Automotive<br>401 W First Street<br>South Whitley, IN 46787 | Indiana Department of Revenue<br>Bankruptcy Section - MS 108<br>100 North Senate Avenue, N240<br>Indianapolis IN 46204 |
| Indiana Department of Revenue<br>Post Office Box 595<br>Indianapolis, IN 46204 | Internal Revenue Service<br>201 East Rudisill Blvd<br>Suite 110<br>Fort Wayne, IN 46806-1756 | Jeffrey S. Arnold, Esq.<br>209 West Van Buren St.<br>Columbia City, IN 46725-2037 |
| Kyle E. Slater<br>403 East First Street<br>South Whitley, IN 46787-1302 | Nancy J. Gargula<br>100 East Wayne Street<br>5th Floor<br>South Bend, IN 46601-2349 | Slate from Chase<br>P.O Box 15298<br>Wilmington, DE 19850-5298 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | The Exchange<br>PO Box 740890<br>Cincinnati, OH 45274 | USAA<br>1802 NE Loop 410, Ste. 400<br>San Antonio, TX 78217 |
| USAA Federal Savings Bank<br>10750 McDermott Fwy<br>San Antonio, TX 78288 | Wells Fargo Home Mortgage<br>Post Office Box 6417<br>Carol Stream, IL 60197-6417 | Whitley County Treasurer<br>220 W. Van Buren, Ste 208<br>Columbia City IN 46725 |